UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SALLY CLAIR, | ) |
| Plaintiff, | ) Civil Action No. 3:18-CV-496-CHB |
| v. | ) |
| | ) **ORDER OF DISMISSAL WITH** |
| THE GUARDIAN LIFE ASSURANCE OF AMERICA COMPANY OF BOSTON, | ) **PREJUDICE** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Dismissal [R. 22] of each of plaintiff's claims against the defendant in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to the defendant, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

June 10, 2019

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:    Counsel of Record

- 1 -